THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA,<br><br>Plaintiff,<br><br>v.<br><br>P.M. NORTHWEST, INC., a Washington corporation, and KENNETH W. VAUGHN, individually,<br><br>Defendants. | CASE NO. C21-0305-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to substitute counsel for Defendant P.M. Northwest, Inc. (Dkt. No. 12). Having considered the motion and the relevant record, the Court hereby GRANTS the motion.

Local Civil Rule 83.2(b)(1) provides that attorneys will generally be permitted to withdraw provided they comply with the procedural requirements imposed by the Local Civil Rules and they withdraw at least 60 days prior to the discovery cutoff. The motion complies with these requirements. Accordingly, the Court GRANTS the motion to substitute counsel.

//

MINUTE ORDER
C21-0305-JCC
PAGE - 1

DATED this 3rd day of August 2021.

Ravi Subramanian<br>
Clerk of Court<br><br>
s/Paula McNabb<br>
Deputy Clerk