THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH PA,<br><br>Plaintiff,<br><br>v.<br><br>PM NORTHWEST INC, *et al.*,<br><br>Defendants. | CASE NO. C21-305 JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

The Court understands that the parties in this case have reached a settlement. Based on that understanding, it is hereby ORDERED that, within 14 days, the parties must file the appropriate notice of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A) or show cause why this case should not be dismissed based on the settlement.

DATED this 16th day of November 2021.

Ravi Subramanian
Clerk of Court

s/Sandra Rawski
Deputy Clerk

MINUTE ORDER
C21-305 JCC
PAGE - 1